IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA )
                                    ) CR. NO. 2:11CR302-MHT
v.                        ) [29 U.S.C. § 501(c)]
                                    )
                                    )
GRAVEN LEEVON TOWNSEND   ) **INFORMATION**

The United States Attorney charges:

## COUNT 1

1. At all times material to this Information, Local Union 462 of the United Steel Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers International Union ("Local 462") in Prattville, Alabama was a labor organization engaged in an industry affecting commerce and subject to the Labor Management Reporting and Disclosure Act of 1959, 29 U.S.C. § 401, *et seq.*

2. From in or about May 2007 through in or about August 2009, in Autauga County, in the Middle District of Alabama, and elsewhere

GRAVEN LEEVON TOWNSEND

defendant herein, did embezzle, steal, and unlawfully and willfully abstract and convert to his own use, and the use of another, moneys, funds, securities, property, and other assets of Local 462, of which he was an officer, by making payable to himself 149 Local 462 checks totaling approximately $98,970.76, in violation of Title 29, United States Code, Section 501(c).

GEORGE L. BECK, JR.
UNITED STATES ATTORNEY

Andrew O. Schiff
Assistant United States Attorney